FILED

JAN 0 8 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20 CR0052 JLS |
| v. | |
| STEPHEN MULHOLLAND, | INFORMATION |
| Defendant. | Title 18, U.S.C., Section 1343 – Wire Fraud |

The United States Attorney charges, at all times material:

Background

1.    From approximately 2009 through 2012, defendant STEPHEN MULHOLLAND was a Master Chief Petty Officer with the United States Navy and served as Command Master Chief of the Explosives Ordinance Disposal, Expeditionary Support Unit-1 (EOD-ESU1).  During this time, CHRISTOPHER TOUPS (charged elsewhere) worked as a Chief Petty Officer in Defendant's command.  KELENE MEYER (also known as Kelene McGrath or Jaqueline Toups) (charged elsewhere) was a nurse employed by the Navy; she was also married to TOUPS.  MICHAEL VILLARROEL (charged elsewhere) was a Navy medical doctor who was also assigned to EOD-ESU1 during this time.

2.    During this period, the Traumatic Servicemembers Group Life Insurance program (TSGLI) provided short-term financial assistance to severely injured Navy and other U.S. military servicemembers and veterans to assist them in their recovery from traumatic injuries.  TSGLI provided tax-free, lump-sum payments of up to $100,000, depending on the type and severity of injury.

1

The Scheme to Defraud

2   3.     From in or around June 2012 to in or around October 2012, defendant
3   STEPHEN MULHOLLAND devised and intended to devise a scheme to defraud TSGLI,
4   and to obtain money and property by means of materially false and fraudulent pretenses,
5   representations, and promises.

6

Manner and Means

7   4.     It was part of the scheme that:

8          a.     In approximately 2012, TOUPS told Defendant about the TSGLI
9   program, and offered to help Defendant prepare a fraudulent claim as part of a scheme
10  to defraud TSGLI.  Defendant agreed to participate in the scheme, and accepted help
11  from TOUPS, MEYER, and VILLARROEL in preparing a false TSGLI application.

12         b.     In June 2012, Defendant prepared a materially false TSGLI application
13  in which he reported that on February 17, 2004, he suffered a traumatic injury to his
14  left knee as a result of a fall on a wet boat dock while "doing operation inspections."
15  As part of the application, VILLARROEL falsely reported that as a result of the
16  injury, Defendant's leg was immobilized and non-weight bearing, and that Defendant
17  required assistance with the activities of daily living (including bathing, dressing,
18  toileting, and personal hygiene) for four months.  MEYER provided fabricated
19  medical records to support these fraudulent claims.

20         c.     Defendant signed this materially false TSGLI application on around
21  June 18, 2012, and knowingly submitted it to TSGLI to support his fraudulent claim
22  for benefits.

23         d.     Defendant did not suffer a traumatic knee injury on February 17, 2004
24  as claimed.  In reality, Defendant sought medical care for knee "pain" in September
25  2003—five months before the false reported "wet boat dock" fall—at which time he
26  described a 10-year history of knee pain dating from a possible ACL ligament or
27  meniscus strain occurring in the mid-1990s.  The story reported in Defendant's
28  TSGLI claim was a fabrication.

2

1        e.     By submitting the fraudulent claim, Defendant purposely sought to

2 fraudulently obtain $100,000 from TSGLI to which he knew he was not entitled, and

3 thereby purposely sought to inflict $100,000 of pecuniary harm on TSGLI.

4        f.     TSGLI denied Defendant's claim on around August 20, 2012.   On

5 around October 15, 2012, VILLARROEL helped Defendant prepare an appeal of the

6 denial in which Defendant reaffirmed his false claim that he had sustained a loss of

7 the activities of daily living.  The appeal was unsuccessful.

8 Use of the Wires

9     5.    On or about June 18, 2012, in the Southern District of California and

10 elsewhere, for the purpose of executing an essential part of the scheme described above,

11 and attempting to do so, defendant STEPHEN MULHOLLAND caused to be transmitted

12 by means of interstate wire communication a false and fraudulent application for benefits

13 from TSGLI in Millington, Tennessee.

14     All in violation of Title 18, United States Code, Section 1343.

16                               ROBERT S. BREWER, JR.

17                               United States Attorney

18 DATED: 1/6/2020

20                               EMILY W. ALLEN

21                               ANDREW J. GALVIN

22                               Assistant U.S. Attorneys